464 A.2d 520

Commonwealth v. MacKay, Appellant.
Petition for Allowance of Appeal
Denied Nov. 11, 1983.

Submitted February 15, 1983.  Douglas M. Johnson, Public

Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.